UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CITIZENS OPPOSING POLLUTION,

    Petitioner,

v.

SECRETARY OF THE U.S.
DEPARTMENT OF THE INTERIOR,

    Respondent.                                   No. 14-cv-1107-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Respondent's Motion to Dismiss (Doc. 5) and intervenor ExxonMobil Coal USA's Motion to Intervene (Doc. 14).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on July 30, 2015 (Doc. 25) the Motion to Intervene (Doc. 14) is **GRANTED** and the Respondent's Motion to Dismiss (Doc. 5) is **GRANTED**. This case is **DISMISSED with prejudice.**

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:    */s/Caitlin Fischer*
                                                      **Deputy Clerk**

Dated:   July 30, 2015

Digitally signed by David R. Herndon
Date: 2015.07.30 13:27:48 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT